## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI KUHN, AMANDA KUHN, and RUSSELL KUHN, | ) CIVIL DIVISION )  |
|  | ) NO.: 2:18-cv-00150-NBF |
| *Plaintiffs,* | ) |
|  | ) |
| v. | ) |
|  | ) |
|  | ) |
| ALLEGIANT TRAVEL COMPANY, and ALLEGIANT AIR, LLC, | ) ) ) |
|  | ) |
| *Defendants.* | ) |

## STIPULATION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the voluntary dismissal of all claims by the plaintiffs in this action and to the entry of a final judgment of dismissal, with prejudice, operating as an adjudication on the merits, without costs or fees to any party.

CONSENTED TO:

DATE: August 15, 2018

/s/ Robert J. Williams, Esquire
Robert J. Williams, Esquire
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222-3001
*(Counsel for Defendants)*

/s/ Erin K. Rudert, Esquire
Erin K. Rudert, Esquire
Ainsman Levine, LLP
310 Grant Street, 15th Floor
Pittsburgh, PA 15219
*(Counsel for Plaintiffs)*

{AL549612.1}